## Exhibit A — Witness Tampering

| | |
|---|---|
| From: | Bob Malm <bob.malm@gracealex.org> |
| Sent: | Wednesday, February 07, 2018 4:12 PM |
| To: | dee@thewartburgwatch.com |
| Cc: | Dee Parsons; 'Leslie Malm'; 'Pat Wingo'; jchiow@rjo.com |
| Subject: | letter of 1/19 |

Dee, I'm disappointed to read a letter I assume Eric asked you to write dated 1/19/18 that he posted on one of the two web sites where he continues to attack me and the leadership and, in fact, most of the congregation of Grace Church. You might not consider him violent or threatening; however, many at Grace do. The Alexandria Police Dept. does not get involved in cases unless they are very concerned about the individual's behavior. Eric can claim that I filed a "false police report", but that's not true. And the Magistrate for the Commonwealth Court would not rule to place a two year protective order on Eric if there was not good cause. Eric is using you to try to counteract the disciplinary measures our leadership has decided are necessary to take with the advice of the APD. Lastly, you need to know that I have never met his Mother; as far as I know she has never attended Grace Church. Eric testified to this under oath in Court. Nor have I ever met any of his cousins and whoever else he claims are "family members" responsible for blogging. For him to tell you he can not "restrain" or "control" their blogging seems at best disingenuous. As he has taken advantage of your reputation and credibility, so too, he has taken advantage of "family members" who have had nothing to do with Grace Church. You spoke with my wife some weeks ago and told her you were not going to post Eric's material. Now your letter appears as a way for him to deal with a very real court order. Note that the Magistrate issued his order 5 days after you wrote this letter. We know Eric will appeal this order. We are prepared to hold him accountable in whatever way it is necessary. Jesus is "truth". Eric should learn this…and any one wanting to help him should not compromise the truth, nor accept half truths and lies.

**The Rev. Robert H. Malm**
Grace Episcopal Church
3601 Russell Road
Alexandria, VA 22305
703.549.1980
www.gracealex.org

**Exhibit B – Website Terms and Conditions**



Exhibit C — Website Access Logs. Entries Located in "Brunswick" are Accesses From Defendant's Home in Jekyll Island Georgia





