UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | | |
|---|---|---|
| ERIC J. BONETTI<br>  Plaintiff | } | |
| v. | }<br>} | |
| EPISCOPAL DIOCESE OF VIRGINIA | } | |
| And<br>JFA | } | CIVIL Case No: 1:21-cv-00190-CMH-<br>JFA |
| GRACE EPISCOPAL CHURCH | } | |
| And | } | |
| REVEREND ROBERT HILLER MALM | } | |
| And | } | |
| THE CITY OF ALEXANDRIA | } | |

### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COMES NOW the Defendant, Robert H. Malm, by counsel, and pursuant to Rule

12 (b)(6) of the Federal Rules of Civil Procedure, moves for a dismissal of the Plaintiff's

Amended Complaint and for grounds thereof states as follows:

Defendant Malm incorporates herein by reference the Joint Motions to Dismiss

and Memoranda to the Complaint and Amended Complaint filed and/or to be filed by the

other Defendants, namely Grace Episcopal Church, the Diocese of Virginia. Malm

further incorporates by reference the Motion to Dismiss and Memorandum filed by the

City of Alexandria and any other Defendants. Additionally, Defendant Malm incorporates herein by reference his Response filed as Docket Text No. 27.

Lastly, Defendant Malm has attached as Exhibit 1, his Demurrer and Memoranda file against Plaintiff's Complaint for Stalking and an Injunction filed in the Circuit Court of the City of Alexandria, Virginia which contains some of the same and similar allegations as the Amended Complaint herein. The court dismissed the Complaint with prejudice and the Motion For an Injunction. A copy of the Order is also attached hereto.

Wherefore, the Defendant, Robert H. Malm, by counsel, on behalf of himself and all other Defendants moves that the Amended Complaint and this case be dismissed with prejudice against all parties, and for an award of the Defendants' attorney's fees and costs.

## *ROSEBORO* NOTICE TO ERIC J. BONETTI

Plaintiff *pro se* Eric J. Bonetti is hereby notified, in accordance with (i) Local Rule 7(K) of the Rules of the U.S. District Court for the Eastern District of Virginia; and (ii) *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), that:

(1)     Mr. Bonetti is entitled to file a response opposing this motion. Any such response must be filed within twenty-one (21) days of the date on which this motion was filed.

(2)     The Court could dismiss this action on the basis of this motion, and the memorandum of points and authorities filed in support of it, if Mr. Bonetti does not file a response.

(3)     Mr. Bonetti must state, in his response, all facts stated by this defendant with which he disagrees. He must also state his version of the facts by filing either affidavits (written statements signed before a notary public under oath) or sworn statements. Each sworn statement must bear a certificate that it is signed under penalty of perjury.

(4)    Mr. Bonetti is also entitled to file a legal brief in opposition to the one filed by

this defendant.


Respectfully submitted,


ROBERT H. MALM,
By counsel


Wayne F. Cyron, Esquire (VSB No. 12220)
CYRON & MILLER LLP
100 N. Pitt Street, Suite 200
Alexandria, Virginia 22314-3134
703-299-0600 Telephone
703-299-0603 Facsimile
wcyron@cyronmiller.com
Counsel for ROBERT H. MALM, Defendant


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 6th day of May, 2021, a true and accurate copy of the foregoing MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT   was e-mailed to the following:

Craig David Roswell, Esq.
Matthew James Youssef
Diane E. DiBlasio, Esq.
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
410-783-6300
Direct: (410) 783-6340 | Fax: (410) 783-6454
cdroswell@ nilesbarton.com
mjyoussef@ nilesbarton.com
dediblasio@nilesbarton.com
Counsel for Defendants GRACE EPISCOPAL CHURCH, EPISCOPAL DIOCESE OF
                              VIRGINIA, and BISHOP SUSAN E. GOFF,

George McAndrews, Esq

Office of the City Attorney
301 King Street
Suite 1300
Alexandria, VA 22314
703-746—3750
Fax: 703-838-4810
george.mcandrews@alexandriava.gov
Counsel for the City of Alexandria, Virginia

And

Eric Bonetti
4129 Fountainside Lane #203
Fairfax, VA  22030
703-973-4698
Eric.bonetti@me.com
Plaintiff

_____
Wayne F. Cyron, Esq, Counsel for the Defendant MALM