UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

(ALEXANDRIA DIVISION)

| | | |
|---|---|---|
| ERIC J. BONETTI<br>    Plaintiff | } | |
| | } | |
| v. | } | |
| EPISCOPAL DIOCESE OF VIRGINIA | } | |
| And<br>JFA | } | CIVIL Case No: 1:21-cv-00190-CMH- |
| GRACE EPISCOPAL CHURCH | } | |
| And | } | |
| REVEREND ROBERT HILLER MALM | } | |
| And | } | |
| THE CITY OF ALEXANDRIA | } | |

NOTICE OF MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that on **Friday, May 21, 2021, at 10:00 o'clock am**. or

as soon thereafter as he may be heard,  the Defendant, Robert H. Malm, by counsel,

will move for a dismissal of the Plaintiff's Amended Complaint  pursuant to his motion

previously filed (Docket Text No. 48) at which time you may be present if you so desire.

Defendant Malm  moves that this case should be heard jointly with the Joint

Motions to Dismiss and Memoranda to the Complaint and Amended Complaint filed

and/or to be filed by the other Defendants, namely Grace Episcopal Church, the

Diocese of Virginia  and the Motion to Dismiss and Memorandum filed by the City of

Alexandria and any other Defendants. Additionally, Defendant  Malm incorporates

herein by reference his Response filed as Docket Text No. 27.

Respectfully submitted,

ROBERT H. MALM,
By counsel

Wayne F. Cyron, Esquire (VSB No. 12220)
CYRON & MILLER LLP
100 N. Pitt Street, Suite 200
Alexandria, Virginia 22314-3134
703-299-0600 Telephone
703-299-0603 Facsimile
wcyron@cyronmiller.com
Counsel for ROBERT H. MALM, Defendant

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 12th day of  May, 2021, a true and accurate copy of
the foregoing NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED
COMPLAINT  was e-mailed to the following:

Craig David Roswell, Esq.
Matthew James Youssef
Diane E. DiBlasio, Esq.
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
410-783-6300
Direct: (410) 783-6340 |  Fax: (410) 783-6454
cdroswell@ nilesbarton.com
mjyoussef@ nilesbarton.com
dediblasio@nilesbarton.com

Counsel for Defendants GRACE EPISCOPAL CHURCH, EPISCOPAL DIOCESE OF VIRGINIA, and BISHOP SUSAN E. GOFF,

George McAndrews, Esq
Office of the City Attorney
301 King Street
Suite 1300
Alexandria, VA 22314
703-746—3750
Fax: 703-838-4810
george.mcandrews@alexandriava.gov
Counsel for the City of Alexandria, Virginia

And

Eric Bonetti
4129 Fountainside Lane #203
Fairfax, VA  22030
703-973-4698
Eric.bonetti@me.com
Plaintiff

Wayne F. Cyron, Esq, Counsel for the Defendant MALM