UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ERIC J. BONETTI                              *

    *Plaintiff,*                          *

v.                                           *         **Civil Case No.: 1:21-cv-00190-CMH-JFA**

EPISCOPAL DIOCESE                            *
OF VIRGINIA, et al.
                                             *
    *Defendants.*
  *    *    *    *    *    *    *    *    *    *    *    *    *

**DEFENDANTS' JOINT MOTION TO DISMISS**
**(Grace Episcopal Church, Episcopal Diocese of Virginia, Episcopal Diocese of**
**Massachusetts and St. Gabriel's Church)**

Defendants, Grace Episcopal Church ("Grace Episcopal"), Episcopal Diocese of Virginia ("Diocese of Virginia"), Episcopal Diocese of Massachusetts ("Diocese of Massachusetts"), St. Gabriel's Episcopal Church ("St. Gabriel's") through undersigned counsel, and pursuant to FED. R. CIV. P. 12(b)(2) and FED. R. CIV. P. 12(b)(6), move to dismiss Plaintiff Eric J. Bonetti's ("Bonetti") Complaint, and state as follows:

1.      Plaintiff Bonetti filed an Amended Complaint against Defendants for alleged violations of Plaintiff's constitutional rights, civil conspiracy, and other allegations, which are not necessarily categorized under separate causes of action.

2.      Plaintiff's claims under the Constitution are reserved for allegations of the violation of a right secured by the Constitution and laws of the United States, and must show that the alleged deprivation was committed by a person acting under color of state law.

3.      Defendant Malm is a private citizen, Defendants Grace Episcopal and St. Gabriel's are churches, Virginia Diocese is a union of Episcopal churches in Virginia, and Massachusetts Diocese is a union of Episcopal churches in Massachusetts. None of Defendants are state actors or

1

have ever acted under the color of state law. Accordingly, Plaintiff's claims against Defendants Robert H. Malm, Grace Episcopal Church, and Episcopal Diocese of Virginia fail as a matter of law.

4.      Plaintiff's Amended Complaint named Defendants St. Gabriel's and Diocese of Massachusetts. This Court does not have personal jurisdiction over these Defendants and accordingly, these Defendants should be dismissed pursuant to FED. R. CIV. P. 12(b)(2).

5.      Further, Plaintiff's Amended Complaint baldly alleges that Defendants St. Gabriel's and Diocese of Massachusetts have libeled Plaintiff by way of a video posted on St. Gabriel's website. These allegations are conclusory and are not sufficient to survive Defendants' motion to dismiss. Accordingly, Plaintiff's claims against Defendants Episcopal Diocese of Massachusetts and St. Gabriel's Church fail as a matter of law.

6.      Defendants incorporate by reference the arguments set forth in Defendant Robert H. Malm's Motion to Dismiss Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court dismiss Plaintiff's Complaint against, Grace Episcopal, Episcopal Diocese of Virginia, Episcopal Diocese of Massachusetts and St. Gabriel's Episcopal Church with prejudice.

2

4822-8320-9449, v. 1

Respectfully submitted:

_____/ s / Matthew J. Youssef_____
Craig D. Roswell, Esquire (VSB No.: 33901)
Matthew J. Youssef, Esquire (VSB No.: 85339)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783 – 6357
(410) 783 – 6452 *facsimile*
cdroswell@nilesbarton.com
mjyoussef@nilesbarton.com
*Counsel for Defendants, Grace Episcopal Church,*
*Episcopal Diocese of Virginia, Episcopal Diocese*
*of Massachusetts, and St. Gabriel's Church*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13th, 2021, a true and accurate copy of the foregoing

was electronically filed with the Clerk of the Court using the CM/ECF system and a copy mailed

to:

Eric J. Bonetti
4129 Fountainside Lane #203
Fairfax, VA 22030

                                              / s / Matthew J. Youssef
                                              Matthew J. Youssef

4

4822-8320-9449, v. 1